# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 23, 2010

Lyle W. Cayce
Clerk

No. 10-30309
Summary Calendar

FREDDIE R. LEWIS,

Plaintiff-Appellant,

versus

SHERIFF'S DEPARTMENT BOSSIER PARISH; BOSSIER PARISH;
GEORGE HENDERSON; MARK TOLOSO; WARDEN WEAVER;
ASSISTANT WARDEN LEE; ASSISTANT WARDEN STOKES;
SERGEANT SHELTON; DEPUTY GRIFFIN; DEPUTY ORR;
DEPUTY HAWN;
STEVE BROADENSKY, Bossier Sheriff Department Medical Staff;
DAVID, Bossier Sheriff's Department Medical Staff;
SHERIFF LARRY DEAN, Bossier Parish Sheriff; DEPUTY HALL;
DENTIST HAVERTON, Louisiana State University Dentist;
JONES; DEPUTY MARTIN; DEPUTY J. MARTIN; SERGEANT PARISH;
SERGEANT PIERCE; PORTER; DEPUTY PRATHER;
DOCTOR ROBERT RUSSELL, Louisiana State University Doctor;
THORNHILL, Bossier Sheriff Department Medical Staff;
SERGEANT WADSWORTH,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:07-CV-394

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Freddie Lewis, Louisiana prisoner # 395306, filed a civil rights complaint against various defendants, complaining of his arrest and of the conditions of his confinement. The district court dismissed several claims against various defendants with prejudice as frivolous and for failure to state a claim on which relief may be granted and dismissed any claim for monetary compensation (for an allegedly unconstitutional conviction and sentence) as frivolous until such time as the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994), are met. The district court noted, and its docket sheet reflects, that claims remain pending against numerous defendants.

Because the district court dismissed some but not all claims and defendants, this court must examine whether it has jurisdiction. *See Martin v. Halliburton*, No. 09-20441, 2010 WL 3467086, at *3 (5th Cir. Sept. 7, 2010). We have jurisdiction over appeals from final decisions under 28 U.S.C. § 1291; certain interlocutory decisions under 28 U.S.C. § 1292; partial judgments certified as final under Federal Rule of Civil Procedure 54(b), *United States v. Powell*, 468 F.3d 862, 863 (5th Cir. 2006); and certain decisions under the collateral order doctrine, *Martin*, 2010 WL 3467086, at *3-*4. Lewis's appeal does not fall into any of these categories, so we lack jurisdiction, and the appeal is DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.